PELLEGRINO SELLITO et al., appellants,

*v.*

HEATING AND PLUMBING FINANCE CORPORATION, respondent.

[Decided October 5th, 1934.]

*Messrs. Burke, Sheridan & Hourigan,* for the appellants.

*Mr. William Henig* and *Mr. L. Stanley Ford,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Lewis, and reported in *116 N. J. Eq. 247.*

*For affirmance*—TRENCHARD, LLOYD, DONGES, HEHER, PERSKIE, VAN BUSKIRK, HETFIELD, DEAR, WELLS, JJ. 9.

*For reversal*—THE CHIEF-JUSTICE, PARKER, CASE, BODINE, KAYS, JJ. 5.